UNITED STATES DISTRICT COURT FOR THE
                          DISTRICT OF NEW HAMPSHIRE


<u>PVP-Salem Associates, L.P.</u>

    v.                                    Civil No. 04-cv-386-JD

<u>Parlex Corporation</u>


                              <u>PROCEDURAL ORDER</u>


    Given the nature of this dispute, the court is informing counsel that it expects the parties to mediate this matter prior to trial.

    SO ORDERED.


                                        _____
                                        Joseph A. DiClerico, Jr.
                                        United States District Judge

March 20, 2006

cc:   Anthony S. Augeri, Esquire
      R. David DePuy, Esquire
      Edward A. Haffer, Esquire
      Kerry R. Northrup, Esquire