```
           UNITED STATES DISTRICT COURT FOR THE
                 DISTRICT OF NEW HAMPSHIRE
```

<u>PVP-Salem Associates, L.P.</u>

   v.                                Civil No. 04-cv-386-JD

<u>Parlex Corporation</u>


                         <u>PROCEDURAL ORDER</u>


     The court met with counsel on this date to discuss the scheduled trial, the possibility of settlement, and the defendant's motion to file a counterclaim.  The court indicated that in its opinion this is a case that should settle and urged counsel to recommend strongly to their clients that they take a realistic view of the case and arrive at a negotiated resolution.  In the event the case cannot settle, then counsel shall file a stipulation setting forth deadlines to complete the discovery and motion practice on the issues raised by the counterclaim.

     SO ORDERED.


                                    _____
                                    Joseph A. DiClerico, Jr.
                                    United States District Judge

April 10, 2006

cc:  Anthony S. Augeri, Esquire
     R. David DePuy, Esquire
     Edward A. Haffer, Esquire
     Edward D. Kutchin, Esquire
     Kerry R. Northrup, Esquire