UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>PVP-Salem Associates, L.P.</u>

    v.                        Civil No. 04-cv-386-JD

<u>Parlex Corporation</u>

<u>PROCEDURAL ORDER</u>

The court has been informed by counsel that this case has settled.

The court commends the parties and their counsel for their efforts in reaching a nontrial disposition of this case.

SO ORDERED.

*[signature]*
Joseph A. DiClerico, Jr.
United States District Judge

April 13, 2006

cc:  Anthony S. Augeri, Esquire
     R. David DePuy, Esquire
     Edward A. Haffer, Esquire
     Edward D. Kutchin, Esquire
     Kerry R. Northrup, Esquire